AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JOHN AND JOAN CLELLAN,

        Plaintiffs,

## JUDGMENT IN A CIVIL CASE

vs.

CASE NO.  C2-09-930

FRANKLIN COUNTY SHERIFF     JUDGE EDMUND A. SARGUS, JR.
JAMES KARNES, et al.,     MAGISTRATE JUDGE E. A. PRESTON DEAVERS

        Defendants.

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the Opinion and Order filed August 17, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 17, 2011                   JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk